ORIGINAL



1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  ABRAHAM C. MELTZER
   Assistant United States Attorney
6  Deputy Chief, Civil Fraud Section
   DONALD W. YOO (SBN 227679)
7  Assistant United States Attorney
        Room 7516, Federal Building
8       300 N. Los Angeles Street
        Los Angeles, California 90012
9       Tel:      (213) 894-3994
        Fax:      (213) 894-7819
10      Email:    donald.yoo@usdoj.gov

11 Attorneys for United States of America

12

13              **UNITED STATES DISTRICT COURT**

14         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15                    **WESTERN DIVISION**

16 UNITED STATES OF AMERICA and            No. CV17-8446-PSG (JPRx)
   THE STATE OF CALIFORNIA, *ex rel.*
17 [UNDER SEAL],                           **GOVERNMENTS' NOTICE OF
                                           ELECTION TO DECLINE
18            Plaintiffs,                  INTERVENTION AND STIPULATION
                                           RE UNSEALING OF CASE**
19            v.
                                           **[FILED UNDER SEAL PURSUANT TO
20 [UNDER SEAL],                           THE FALSE CLAIMS ACT, 31 U.S.C.
                                           §§ 3730(b)(2) AND (3)]**
21            Defendant[s].

22

23                                         [[PROPOSED] ORDER FILED/LODGED
                                           CONCURRENTLY HEREWITH]
24

25

26

27

28

ORIGINAL

1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  ABRAHAM C. MELTZER
   Assistant United States Attorney
6  Deputy Chief, Civil Fraud Section
   DONALD W. YOO (SBN 227679)
7  Assistant United States Attorney
        Room 7516, Federal Building
8       300 N. Los Angeles Street
        Los Angeles, California 90012
9       Tel:         (213) 894-3994
        Fax:         (213) 894-7819
10      Email:       donald.yoo@usdoj.gov

11 Attorneys for United States of America

12              UNITED STATES DISTRICT COURT

13        FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15

16 UNITED STATES OF AMERICA and        No. CV17-8446-PSG (JPRx)
   THE STATE OF CALIFORNIA *ex rel*.
17 CHARLES PUHL,                       **GOVERNMENTS' NOTICE OF
                                       ELECTION TO DECLINE
18              Plaintiffs,            INTERVENTION AND STIPULATION
                                       RE UNSEALING OF CASE**
19              v.
                                       **[FILED UNDER SEAL PURSUANT TO
20 TERUMO BCT, INC.; TERUMO            THE FALSE CLAIMS ACT, 31 U.S.C.
   CORPORATION; TERUMO                 §§ 3730(b)(2) AND (3)]**
21 AMERICAS HOLDING, INC.;
   HARVEST TECHNOLOGIES
22 CORPORATION; HEALTH BENEFIT
   ADVOCATES, INC.,                    **[[PROPOSED] ORDER FILED/LODGED
                                       CONCURRENTLY HEREWITH]**
23              Defendants.

24

25

26

27

28

1 | Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and California's
2 | analogous state statute, the United States of America ("United States") and the State of
3 | California (collectively "Governments") hereby notify the Court of their decision not to
4 | intervene in the above-captioned action.

5 | Although the Governments decline to intervene, 31 U.S.C. § 3730(b)(1) permits
6 | the *qui tam* plaintiff Charles M. Holzner M.D. ("relator") to maintain this action in the
7 | name of the United States provided, however, that the "action may be dismissed only if
8 | the court and the Attorney General give written consent to the dismissal and their
9 | reasons for consenting." *Id.* Notwithstanding this language, the Ninth Circuit has held
10 | that the United States has the right only to a hearing when it objects to a settlement or
11 | dismissal of the action. *See U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th
12 | Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir.
13 | 1994). Accordingly, should either the relator or the defendants propose that this action
14 | be dismissed, settled, or otherwise discontinued, the United States requests that the
15 | parties notify the United States of the same, and the Court provide the United States with
16 | an opportunity to be heard before ruling or granting its approval.

17 | Furthermore, pursuant to 31 U.S.C. § 3730(c)(3) and California's analogous state
18 | statute, the Governments request that all pleadings filed in this action and any orders
19 | issued by the Court be served upon the United States and the State of California. The
20 | Governments reserve their right to order any deposition transcripts, to intervene in this
21 | action at a later date, for good cause, and to seek the dismissal of this action or any
22 | claims therein. The Governments also request that they be served with all notices of
23 | appeal in this action.

24 | Finally, the Governments and the relator stipulate that the relator's Complaint
25 | (including any amended complaints), this Notice, and the accompanying proposed Order
26 | be unsealed. The Governments and the relator further stipulate that all other papers filed
27 | or lodged to date in this action should remain permanently under seal because such
28 | papers were provided by law to the Court alone for the sole purpose of discussing the

1

1    content and extent of the Governments' investigation and, thereby, evaluating whether

2    the seal and time for making an election to intervene should be extended.

3           A proposed Order is lodged concurrently herewith.

4

5                                              Respectfully submitted,

6    Dated:  April ___, 2019                   COTCHETT, PITRE & McCARTHY LLP

7

8

9                                              _____
                                               NIALL P. McCARTHY
10                                             EMANUEL TOWNSEND
                                               Attorneys for Relator Charles Puhl

11
     Dated:  April 17, 2019                    NICOLA T. HANNA
12                                             United States Attorney
                                               DAVID M. HARRIS
13                                             Assistant United States Attorney
                                               Chief, Civil Division
14                                             DAVID K. BARRETT
                                               Assistant United States Attorney
15                                             Chief, Civil Fraud Section
                                               ABRAHAM C. MELTZER
16                                             Assistant United States Attorney
                                               Deputy Chief, Civil Fraud Section
17

18

19                                             _____
                                               DONALD W. YOO
20                                             Assistant United States Attorney
                                               Attorneys for the United States of America
21

22
     Dated:  April 15, 2019                    XAVIER BECERRA
23                                             Attorney General of California

24

25                                             _____
                                               JOHN P. FISHER
26                                             Deputy Attorney General
                                               Attorney for the State of California
27

28

                                               2

1    content and extent of the Governments' investigation and, thereby, evaluating whether

2    the seal and time for making an election to intervene should be extended.

3        A proposed Order is lodged concurrently herewith.

4

5                                    Respectfully submitted,

6    Dated:  April 17, 2019          COTCHETT, PITRE & McCARTHY LLP

7

8

9                                    NIALL P. McCARTHY
                                     EMANUEL TOWNSEND

10                                   Attorneys for Relator Charles Puhl

11   Dated:  April ___, 2019         NICOLA T. HANNA
                                     United States Attorney
12                                   DAVID M. HARRIS
13                                   Assistant United States Attorney
                                     Chief, Civil Division
14                                   DAVID K. BARRETT
                                     Assistant United States Attorney
15                                   Chief, Civil Fraud Section
                                     ABRAHAM C. MELTZER
16                                   Assistant United States Attorney
                                     Deputy Chief, Civil Fraud Section
17

18

19                                   DONALD W. YOO
20                                   Assistant United States Attorney
                                     Attorneys for the United States of America
21

22   Dated:  April ___, 2019         XAVIER BECERRA
23                                   Attorney General of California

24

25                                   JOHN P. FISHER
26                                   Deputy Attorney General
                                     Attorney for the State of California
27

28

## DECLARATION RE: LACK OF NECESSITY FOR PROOF OF SERVICE

I, Donald W. Yoo, declare:

1.     I am the Assistant United States Attorney responsible for handling the above-captioned action.  I am a member of the Bar of the State of California, and I have been duly admitted to appear before this Court.  The following is based on my personal knowledge.

2.     I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which provides as follows:

(a) Service:  When Required.

(1) In General.  Unless these rules provide otherwise, each of the following papers must be served on every party:

(A) an order stating that service is required;

(B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;

(C) a discovery paper required to be served on a party, unless the court orders otherwise;

(D) a written motion, except one that may be heard ex parte; and

(E) a written notice, appearance, demand, or offer of judgment, or any similar paper.

(2) If a Party Fails to Appear.  No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.

(3) Seizing Property.  If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who had custody or possession of the property when it was seized.

3.     The list of documents set forth in Rule 5(a)(1) does not include the document to which this Declaration is attached.  The said document also is not a pleading that asserts "a new claim for relief" against any "party who is in default for failing to appear."  (Rule 5(a)(2).)  Nor was the above-captioned action "begun by seizing property."  (Rule 5(a)(3).)  Therefore, I believe that Rule 5(a) does not require the document to which this Declaration is attached to be served upon any party that has appeared in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2019, at Los Angeles, California.

DONALD W. YOO

A/6